IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MURIAL KALLMAN and<br>STANLEY KALLMAN,<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG ARONCHICK, M.D., et al.,<br><br>Defendants. | CIVIL ACTION<br><br>No. 13-4637 |

# **O R D E R**

AND NOW, this 8th day of November, 2013, upon consideration of Plaintiffs, Murial Kallman and Stanley Kallman's ("Plaintiffs"), Motion to Remand (Doc. No. 8), Defendants, Craig Aronchick, M.D. ("Dr. Aronchick"), Salix Pharmaceuticals, Inc., Salix Pharmaceuticals, Ltd. ("Salix Defendants"), and InKine Pharmaceutical Company, Inc.'s ("InKine"), Response, and Plaintiffs' Reply, it is hereby **ORDERED** that the Motion is **DENIED**. It is further **ORDERED** that:

1. Dr. Aronchick is **DISMISSED** from this action;

2. Dr. Aronchick's Motion to Dismiss (Doc. No. 17) is **DENIED** as moot;

3. The Clerk of Court shall **TRANSFER** this case to the District of New Jersey; and

4. Because this case is being transferred to the District of New Jersey, Salix Defendants' pending Motions to Dismiss (Doc. Nos. 6, 15) and InKine's pending Motions to Dismiss (Doc. Nos. 7, 16) are **DENIED WITHOUT PREJUDICE** to be re-filed in the District of New Jersey if the parties so desire.

                        BY THE COURT:


                         /s/ Robert F. Kelly
                        ROBERT F. KELLY
                        SENIOR JUDGE